UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-02043-JPH-MJD |
| | ) |
| FARMERS NEW CENTURY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER REMANDING CASE

On December 4, 2024, the parties filed a joint motion to remand to state court. Dkt. 11. In that motion, they stipulated that Plaintiff has abandoned Count II, her claim of bad faith against Defendant, and thus "the amount in controversy is less than the $75,000 jurisdictional threshold" for this diversity jurisdiction action. *Id.* at 3. For the reasons in the motion, the Court **GRANTS** the unopposed motion to remand, dkt. [11], and **REMANDS** this case to the Marion County Superior Court. *See Stonebraker v. Home Depot U.S.A., Inc.*, 1:19-cv-4438-JPH-MJD, 2020 WL 3129021 (S.D. Ind. June 10, 2020).

**SO ORDERED.**

Date: 12/19/2024

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Marion County Superior Court 12
675 Justice Wy,
Indianapolis, IN 46203

All electronically registered counsel

1